IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Leslie Cooper,<br><br>Plaintiff,<br><br>v.<br><br>American Express Travel Related Services Company Incorporated, et al.,<br><br>Defendants. | No. CV-20-01619-PHX-DLR<br><br>**ORDER** |

After review of the docket, the Court notes that service has not been rendered on Defendants. Accordingly;

**IT IS ORDERED** pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed without further notice after **November 17, 2020**, unless before then Plaintiff has served defendants with the summons and complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this order, the Clerk of Court shall dismiss this action after **November 17, 2020**, for Plaintiff's lack of service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 22nd day of October, 2020.

Douglas L. Rayes
United States District Judge